Chapter 13 Standing Trustee
P.O. Drawer 020588
Tuscaloosa, Alabama 35402

RETURN SERVICE REQUESTED

03 72894

Changed 11/3/04 mk



NEVELS, JOE N
1106 29TH STREET
TUSCALOOSA, AL 35401

NEVE106* 354012020 1904 25 11/01/04
RETURN TO SENDER
NEVELS
855 MOUNT ZION RD APT J3
JONESBORO GA 30236-1550
RETURN TO SENDER

---

Chapter 13 Standing Trustee
P.O. Drawer 020588
Tuscaloosa, Alabama 35402

RETURN SERVICE REQUESTED

NEVELS, JOE N
855 MOUNT ZION RD
APT J3
JONESBORO, GA 30236-