**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF ALABAMA - WESTERN DIVISION**

**In the Matter of:**

| | |
|---|---|
| Joe N Nevels<br>SSN: XXX-XX-9406<br>  DEBTOR(S). | **Case No: 03-72894-CMS-13** |

**ORDER**

This matter came before the Court on TUESDAY, MARCH 22, 2005 09:00 AM, for a hearing on the following:
   TRUSTEE'S MOTION TO DISMISS CHAPTER 13 CASE - DKT #25

Proper notice of the hearing was given and appearances were made by the following:
   C David Cottingham, TRUSTEE

**It is therefore ORDERED, ADJUDGED and DECREED that:**


   THE TRUSTEE'S MOTION TO DISMISS DEBTOR'S CHAPTER 13 CASE IS GRANTED.


Dated: 03/24/2005                                  /s/ C. Michael Stilson
                                                   C. MICHAEL STILSON
                                                   United States Bankruptcy Judge